**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | **No. 4-18CR-280-0** |
| | § | |
| **v.** | § | |
| | § | |
| **DENISE CROS-TOURE, and** | § | |
| **MOHAMED TOURE** | § | |
| | § | |

## DEFENDANT DENISE CROS-TOURE'S EXHIBIT LIST

COMES NOW the Defendant, DENISE CROS-TOURE, by SCOTT H. PALMER,

counselor of record for Defendant, and files this Exhibit List for trial on January 4,

2019. The Defendant adopts, in whole, any and all exhibits on the Government's Exhibit

List that has been filed in this cause.

Defendant's Exhibit:

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 1 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a wedding | _____ | _____ | _____ |
| 2 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a wedding | _____ | _____ | _____ |
| 3 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a wedding | _____ | _____ | _____ |
| 4 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a formal event | _____ | _____ | _____ |
| 5 | Cindy Fentriss | Photo of Jane | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
|  | or Toure family member | Doe in red shirt | _____ | _____ | _____ |
| 6 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a wedding | _____ | _____ | _____ |
| 7 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a formal event | _____ | _____ | _____ |
| 8 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a formal event | _____ | _____ | _____ |
| 9 | Cindy Fentriss or Toure family member | Photo of Jane Doe dancing in costume | _____ | _____ | _____ |
| 10 | Cindy Fentriss or Toure family member | Photo of Jane Doe dancing in costume | _____ | _____ | _____ |
| 11 | Cindy Fentriss or Toure family member | Photo of Jane Doe in costume, with others in costume | _____ | _____ | _____ |
| 12 | Cindy Fentriss or Toure family member | Photo of Jane Doe at the park | _____ | _____ | _____ |
| 13 | Cindy Fentriss or Toure family member | Photo of Jane Doe in purple shirt | _____ | _____ | _____ |
| 14 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a wedding | _____ | _____ | _____ |
| 15 | Cindy Fentriss or Toure | Photo of Jane Doe at a | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | family member | wedding | _____ | _____ | _____ |
| 16 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a wedding | _____ | _____ | _____ |
| 17 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a wedding | _____ | _____ | _____ |
| 18 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a wedding | _____ | _____ | _____ |
| 19 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a wedding | _____ | _____ | _____ |
| 20 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a formal event | _____ | _____ | _____ |
| 21 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a formal event | _____ | _____ | _____ |
| 22 | Cindy Fentriss or Toure family member | Photo of Jane Doe with others in park | _____ | _____ | _____ |
| 23 | Toure family member or Jane Doe | Photo of Jane Doe with other female | _____ | _____ | _____ |
| 24 | Toure family member or Jane Doe | Photo of Jane Doe dancing with others | _____ | _____ | _____ |
| 25 | Toure family member or Jane Doe | Photo of Jane Doe with Toure children | _____ | _____ | _____ |
| 26 | Toure family member or | Photo of Jane Doe with Toure | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | Jane Doe | children | _____ | _____ | _____ |
| 27 | Toure family member or Jane Doe | Photo of Jane Doe with other female | _____ | _____ | _____ |
| 28 | Toure family member or Jane Doe | Photo of Jane Doe in front of pond | _____ | _____ | _____ |
| 29 | Toure family member or Jane Doe | Photo of Jane Doe with male individual | _____ | _____ | _____ |
| 30 | Toure family member or Jane Doe | Photo of Jane Doe with female | _____ | _____ | _____ |
| 31 | Toure family member or Jane Doe | Photo of Jane Doe making funny face | _____ | _____ | _____ |
| 32 | Toure family member or Jane Doe | Photo of Jane Doe with other female | _____ | _____ | _____ |
| 33 | Toure family member or Jane Doe | Photo of Jane Doe with other female | _____ | _____ | _____ |
| 34 | Toure family member or Jane Doe | Photo of Jane Doe with other female | _____ | _____ | _____ |
| 35 | Toure family member or Jane Doe | Photo of Jane Doe in black shirt | _____ | _____ | _____ |
| 36 | Toure family member or Jane Doe | Photo of Jane Doe in grey shirt | _____ | _____ | _____ |
| 37 | Toure family member or Jane Doe | Photo of Jane Doe with female | _____ | _____ | _____ |
| 38 | Toure family member or Jane Doe | Photo of Jane Doe playing tennis | _____ | _____ | _____ |
| 39 | Toure family member or Jane Doe | Photo of Jane Doe playing tennis | _____ | _____ | _____ |
| 40 | Toure family | Photo of Jane | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | member or Jane Doe | Doe playing tennis | _____ | _____ | _____ |
| 41 | Toure family member or Jane Doe | Photo of Jane Doe with female | _____ | _____ | _____ |
| 42 | Toure family member or Jane Doe | Photo of Jane Doe with child | _____ | _____ | _____ |
| 43 | Toure family member or Jane Doe | Photo of Jane Doe with child | _____ | _____ | _____ |
| 44 | Toure family member or Jane Doe | Photo of Jane Doe with child | _____ | _____ | _____ |
| 45 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |
| 46 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |
| 47 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |
| 48 | Toure family member or Jane Doe | Photo of Jane Doe with famale | _____ | _____ | _____ |
| 49 | Toure family member or Jane Doe | Photo of Jane Doe male and female | _____ | _____ | _____ |
| 50 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |
| 51 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |
| 52 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |
| 53 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 54 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |
| 55 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |
| 56 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |
| 57 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |
| 58 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |
| 59 | Toure family member or Jane Doe | Photo of Jane Doe playing boardgame | _____ | _____ | _____ |
| 60 | Toure family member or Jane Doe | Photo of Jane Doe playing boardgame | _____ | _____ | _____ |
| 61 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |
| 62 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |
| 63 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |
| 64 | Toure family member or Jane Doe | Photo of Jane Doe with Toure family | _____ | _____ | _____ |
| 65 | Toure family member or Jane Doe | Photo of Jane Doe with male | _____ | _____ | _____ |
| 66 | Toure family member or Jane Doe | Photo of Jane Doe with female | _____ | _____ | _____ |
| 67 | Toure family member or | Photo of Jane Doe at | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | Jane Doe | restaurant | _____ | _____ | _____ |
| 68 | Toure family member or Jane Doe | Photo of Jane Doe at the zoo | _____ | _____ | _____ |
| 69 | Toure family member or Jane Doe | Photo of Jane Doe at a restaurant | _____ | _____ | _____ |
| 70 | Toure family member or Jane Doe | Photo of Toure family | _____ | _____ | _____ |
| 71 | Toure family member or Jane Doe | Photo of Jane Doe at event | _____ | _____ | _____ |
| 72 | Toure family member or Jane Doe | Photo of Jane Doe at holiday dinner | _____ | _____ | _____ |
| 73 | Toure family member or Jane Doe | Photo of Jane Doe at holiday dinner | _____ | _____ | _____ |
| 74 | Toure family member or Jane Doe | Photo of Jane Doe at restaurant | _____ | _____ | _____ |
| 75 | Toure family member or Jane Doe | Photo of Jane Doe at restaurant | _____ | _____ | _____ |
| 76 | Toure family member or Jane Doe | Photo of Jane Doe at family dinner | _____ | _____ | _____ |
| 77 | Toure family member or Jane Doe | Photo of Jane Doe at track event | _____ | _____ | _____ |
| 78 | Toure family member or Jane Doe | Photo of Jane Doe at track event | _____ | _____ | _____ |
| 79 | Toure family member or Jane Doe | Photo of Jane Doe in pink shirt | _____ | _____ | _____ |
| 80 | Toure family member or Jane Doe | Photo of Jane Doe in white jacket | _____ | _____ | _____ |
| 81 | Toure family | Photo of Jane | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | member or Jane Doe | Doe with Toure family | _____ | _____ | _____ |
| 82 | Toure family member or Jane Doe | Photo of Jane Doe with female | _____ | _____ | _____ |
| 83 | Toure family member or Jane Doe | Photo of Jane Doe at store | _____ | _____ | _____ |
| 84 | Toure family member or Jane Doe | Photo of Toure family doing yard work | _____ | _____ | _____ |
| 85 | Toure family member or Jane Doe | Photo of Toure family doing yard work | _____ | _____ | _____ |
| 86 | Toure family member or Jane Doe | Photo of Jane Doe doing yard work with the Toure family | _____ | _____ | _____ |
| 87 | Toure family member or Jane Doe | Photo of Jane Doe doing yard work with the Toure family | _____ | _____ | _____ |
| 88 | Toure family member or Jane Doe | Photo of Jane Doe at graduation event | _____ | _____ | _____ |
| 89 | Toure family member or Jane Doe | Photo of Jane Doe at graduation event | _____ | _____ | _____ |
| 90 | Toure family member or Jane Doe | Photo of Jane Doe at the fair | _____ | _____ | _____ |
| 91 | Toure family member or Jane Doe | Photo of Jane Doe in white dress | _____ | _____ | _____ |
| 92 | Toure family member or Jane Doe | Photo of Jane Doe in black dress jacket | _____ | _____ | _____ |
| 93 | Toure family member or Jane Doe | Photo of Jane Doe at hockey rink | _____ | _____ | _____ |
| 94 | Toure family | Photo pf Jane | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | member or Jane Doe | Doe opening Christmas present | _____ | _____ | _____ |
| 95 | Toure family member or Jane Doe | Photo of Jane Doe with Toure family | _____ | _____ | _____ |
| 96 | Toure family member or Jane Doe | Photo of Jane Doe at track meet | _____ | _____ | _____ |
| 97 | Toure family member or Jane Doe | Photo of Jane Doe in dress skirt | _____ | _____ | _____ |
| 98 | Toure family member or Jane Doe | Photo of Jane Doe at restaurant | _____ | _____ | _____ |
| 99 | Toure family member or Jane Doe | Photo of Jane Doe at restaurant | _____ | _____ | _____ |
| 100 | Toure family member or Jane Doe | Photo of Jane Doe at fair | _____ | _____ | _____ |
| 101 | Toure family member or Jane Doe | Photo of Jane Doe at fair | _____ | _____ | _____ |
| 102 | Toure family member or Jane Doe | Photo of Jane Doe playing mini-golf | _____ | _____ | _____ |
| 103 | Toure family member or Jane Doe | Photo of Jane Doe playing mini-golf | _____ | _____ | _____ |
| 104 | Toure family member or Jane Doe | Photo of Jane Doe playing mini-golf | _____ | _____ | _____ |
| 105 | Toure family member or Jane Doe | Photo of Jane Doe playing mini-golf | _____ | _____ | _____ |
| 106 | Toure family member or Jane Doe | Photo of Jane Doe playing mini-golf | _____ | _____ | _____ |
| 107 | Toure family member or | Photo of Jane Doe at the lake | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | Jane Doe | | _____ | _____ | _____ |
| 108 | Toure family member or Jane Doe | Photo of Jane Doe at the lake | _____ | _____ | _____ |
| 109 | Toure family member or Jane Doe | Photo of Jane Doe at the lake | _____ | _____ | _____ |
| 110 | Toure family member or Jane Doe | Photo of Jane Doe at the lake | _____ | _____ | _____ |
| 111 | Toure family member or Jane Doe | Photo of Jane Doe at Christmas | _____ | _____ | _____ |
| 112 | Toure family member or Jane Doe | Photo of Jane Doe at Christmas | _____ | _____ | _____ |
| 113 | Toure family member or Jane Doe | Photo of Jane Doe at the lake | _____ | _____ | _____ |
| 114 | Toure family member or Jane Doe | Photo of Jane Doe at the lake | _____ | _____ | _____ |
| 115 | Toure family member or Jane Doe | Photo of Jane Doe with the Toure family | _____ | _____ | _____ |
| 116 | Toure family member or Jane Doe | Photo of Jane Doe in black blouse | _____ | _____ | _____ |
| 117 | Toure family member or Jane Doe | Photo of Jane Doe with Toure family | _____ | _____ | _____ |
| 118 | Toure family member or Jane Doe | Photo of Jane Doe with Toure family | _____ | _____ | _____ |
| 119 | Toure family member or Jane Doe | Photo of Jane Doe with female | _____ | _____ | _____ |
| 120 | Toure family member or Jane Doe | Photo of Jane Doe with female and make child | _____ | _____ | _____ |
| 121 | Toure family | Photo of Jane | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | member or Jane Doe | Doe with Toure family | _____ | _____ | _____ |
| 122 | Toure family member or Jane Doe | Photo of Jane Doe with Toure family | _____ | _____ | _____ |
| 123 | Toure family member or Jane Doe | Photo of Jane Doe cooking with Toure family | _____ | _____ | _____ |
| 124 | Toure family member or Jane Doe | Photo of Jane Doe in red shirt | _____ | _____ | _____ |
| 125 | Toure family member or Jane Doe | Photo of Jane Doe with male child | _____ | _____ | _____ |
| 126 | Toure family member or Jane Doe | Photo of Jane Doe with male child | _____ | _____ | _____ |
| 127 | Toure family member or Jane Doe | Photo of Jane Doe in back of car with popsicle | _____ | _____ | _____ |
| 128 | Toure family member or Jane Doe | Photo of Jane Doe at color run | _____ | _____ | _____ |
| 129 | Toure family member or Jane Doe | Photo of Jane Doe at color run | _____ | _____ | _____ |
| 130 | Toure family member or Jane Doe | Photo of Jane Doe at color run | _____ | _____ | _____ |
| 131 | Toure family member or Jane Doe | Photo of Jane Doe at color run | _____ | _____ | _____ |
| 132 | Toure family member or Jane Doe | Photo of Jane Doe at track meet | _____ | _____ | _____ |
| 133 | Toure family member or Jane Doe | Photo of Jane Doe at signing event | _____ | _____ | _____ |
| 134 | Toure family member or | Photo of Jane Doe at signing | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | Jane Doe | event | _____ | _____ | _____ |
| 135 | Toure family member or Jane Doe | Photo of Jane Doe with female | _____ | _____ | _____ |
| 136 | Toure family member or Jane Doe | Photo of Jane Doe with female | _____ | _____ | _____ |
| 137 | Toure family member or Jane Doe | Photo of Jane Doe at graduation event | _____ | _____ | _____ |
| 138 | Toure family member or Jane Doe | Photo of Jane Doe at graduation event | _____ | _____ | _____ |
| 139 | Toure family member or Jane Doe | Photo of Jane Doe at graduation event | _____ | _____ | _____ |
| 140 | Toure family member or Jane Doe | Photo of Jane Doe at graduation event | _____ | _____ | _____ |
| 141 | Toure family member or Jane Doe | Photo of Jane Doe in public with Toure family | _____ | _____ | _____ |
| 142 | Toure family member or Jane Doe | Photo of Jane Doe at track meet | _____ | _____ | _____ |
| 143 | Toure family member or Jane Doe | Photo of Jane Doe at track meet | _____ | _____ | _____ |
| 144 | Toure family member or Jane Doe | Photo of Jane Doe at track meet | _____ | _____ | _____ |
| 145 | Toure family member or Jane Doe | Photo of Jane Doe at holiday dinner | _____ | _____ | _____ |
| 146 | Toure family member or Jane Doe | Photo of Jane Doe at roller skating rink | _____ | _____ | _____ |
| 147 | Toure family member or Jane Doe | Photo of Jane Doe at zoo | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 148 | Toure family member or Jane Doe | Photo of Jane Doe with female and male child | _____ | _____ | _____ |
| 149 | Toure family member or Jane Doe | Photo of Jane Doe with other females | _____ | _____ | _____ |
| 150 | Toure family member or Jane Doe | Photo of Jane Doe at graduation event | _____ | _____ | _____ |
| 151 | Toure family member or Jane Doe | Video of Jane Doe on Toure vacation | _____ | _____ | _____ |
| 152 | Toure family member or Jane Doe | Video of Jane Doe on Toure vacation | _____ | _____ | _____ |
| 153 | Toure family member or Jane Doe | Video of Jane Doe on Toure vacation | _____ | _____ | _____ |
| 154 | Toure family member or Jane Doe | Video of Jane Doe on Toure vacation | _____ | _____ | _____ |
| 155 | Toure family member or Jane Doe | Video of Jane Doe on Toure vacation | _____ | _____ | _____ |
| 156 | Toure family member or Jane Doe | Video of Jane Doe on Toure vacation | _____ | _____ | _____ |
| 157 | Toure family member or Jane Doe | Video of Jane Doe with Toure family | _____ | _____ | _____ |
| 158 | Toure family member or Jane Doe | Video of Toure family | _____ | _____ | _____ |
| 159 | Toure family member or Jane Doe | Video of Toure family | _____ | _____ | _____ |
| 160 | Toure family member or Jane Doe | Video of Jane Doe in argument with male and female | _____ | _____ | _____ |
| 161 | Toure family | Video of Jane | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | member or Jane Doe | Doe performing karaoke | _____ | _____ | _____ |
| 162 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; home page | _____ | _____ | _____ |
| 163 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from July 21, 2016 | _____ | _____ | _____ |
| 164 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from June 20, 2016 | _____ | _____ | _____ |
| 165 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from June 5, 2016 | _____ | _____ | _____ |
| 166 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from May 20, 2016 | _____ | _____ | _____ |
| 167 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from April 21, 2016 | _____ | _____ | _____ |
| 168 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from November | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | | 17, 2015 | _____ | _____ | _____ |
| 169 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from August 5, 2015 | _____ | _____ | _____ |
| 170 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from July 5, 2015 | _____ | _____ | _____ |
| 171 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from July 11, 2015 | _____ | _____ | _____ |
| 172 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from June 11, 2015 | _____ | _____ | _____ |
| 173 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 174 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from April 6, 2015 | _____ | _____ | _____ |
| 175 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 176 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from March 29, 2015 | _____ | _____ | _____ |
| 177 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 178 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from March 29, 2015 | _____ | _____ | _____ |
| 179 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 180 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from March 29, 2015 | _____ | _____ | _____ |
| 181 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from March 29, 2015 | _____ | _____ | _____ |
| 182 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from March 23, 2015 | _____ | _____ | _____ |
| 183 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | | from March 23, 2015 | _____ | _____ | _____ |
| 184 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from March 22, 2015 | _____ | _____ | _____ |
| 185 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from March 23, 2015 | _____ | _____ | _____ |
| 186 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from March 22, 2015 | _____ | _____ | _____ |
| 187 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from February 2, 2015 | _____ | _____ | _____ |
| 188 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from January 3, 2015 | _____ | _____ | _____ |
| 189 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from January 3, 2015 | _____ | _____ | _____ |
| 190 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | | comments | _____ | _____ | _____ |
| 191 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from December 27, 2014 | _____ | _____ | _____ |
| 192 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from December 25, 2014 | _____ | _____ | _____ |
| 193 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from December 24, 2014 | _____ | _____ | _____ |
| 194 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from December 24, 2014 | _____ | _____ | _____ |
| 195 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 196 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from December 2, 2014 | _____ | _____ | _____ |
| 197 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 198 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from November 24, 2014 | _____ | _____ | _____ |
| 199 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from November 24, 2014 | _____ | _____ | _____ |
| 200 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from November 1, 2014 | _____ | _____ | _____ |
| 201 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from September 11, 2014 | _____ | _____ | _____ |
| 202 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from August 6, 2014 | _____ | _____ | _____ |
| 203 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from August 2, 2014 | _____ | _____ | _____ |
| 204 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 205 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from July 30, 2014 | _____ | _____ | _____ |
| 206 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 207 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from July 19, 2014 | _____ | _____ | _____ |
| 208 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from July 18, 2014 | _____ | _____ | _____ |
| 209 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from July 1, 2014 | _____ | _____ | _____ |
| 210 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from June 28, 2014 | _____ | _____ | _____ |
| 211 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 212 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | | from June 25, 2014 | _____ | _____ | _____ |
| 213 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from June 20, 2014 | _____ | _____ | _____ |
| 214 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from June 18, 2014 | _____ | _____ | _____ |
| 215 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from June 17, 2014 | _____ | _____ | _____ |
| 216 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from June 16, 2014 | _____ | _____ | _____ |
| 217 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 218 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from June 13, 2014 | _____ | _____ | _____ |
| 219 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 220 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from May 31, 2014 | _____ | _____ | _____ |
| 221 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from May 27, 2014 | _____ | _____ | _____ |
| 222 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from May 22, 2014 | _____ | _____ | _____ |
| 223 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from May 17, 2014 | _____ | _____ | _____ |
| 224 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from May 17, 2014 | _____ | _____ | _____ |
| 225 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from May 16, 2014 | _____ | _____ | _____ |
| 226 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 227 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from May 10, 2014 | _____ | _____ | _____ |
| 228 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 229 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from March 18, 2014 | _____ | _____ | _____ |
| 230 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from March 14, 2014 | _____ | _____ | _____ |
| 231 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 232 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from February 24, 2014 | _____ | _____ | _____ |
| 233 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 234 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from February 18, 2014 | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 235 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 236 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from February 10, 2014 | _____ | _____ | _____ |
| 237 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 238 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from February 1, 2014 | _____ | _____ | _____ |
| 239 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from January 20, 2014 | _____ | _____ | _____ |
| 240 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from January 20, 2014 | _____ | _____ | _____ |
| 241 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 242 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from January 20, 2014 | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 243 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from May 17, 2014 | _____ | _____ | _____ |
| 244 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from January 19, 2014 | _____ | _____ | _____ |
| 245 | Toure family member or JaneDoe | Screenshot of Jane Doe's Instagram account; post from November 28, 2013 | _____ | _____ | _____ |
| 246 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 247 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from November 9, 2013 | _____ | _____ | _____ |
| 248 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 249 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from October 27, 2013 | _____ | _____ | _____ |
| 250 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 251 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from October 2, 2013 | _____ | _____ | _____ |
| 252 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from September 8, 2013 | _____ | _____ | _____ |
| 253 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from September 7, 2013 | _____ | _____ | _____ |
| 254 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from June 12, 2013 | _____ | _____ | _____ |
| 255 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from June 9, 2013 | _____ | _____ | _____ |
| 256 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 257 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from February 1, 2014 | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 258 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from November 9, 2015 | _____ | _____ | _____ |
| 259 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 260 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from September 9, 2015 | _____ | _____ | _____ |
| 261 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 262 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from September 1, 2015 | _____ | _____ | _____ |
| 263 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |
| 264 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from July 18, 2015 | _____ | _____ | _____ |
| 265 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 266 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from July 14, 2013 | _____ | _____ | _____ |
| 267 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from September 19, 2014 | _____ | _____ | _____ |
| 268 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from September 11, 2014 | _____ | _____ | _____ |
| 269 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from September 6, 2014 | _____ | _____ | _____ |
| 270 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; list of accounts followed | _____ | _____ | _____ |
| 271 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |
| 272 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 273 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |
| 274 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |
| 275 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |
| 276 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; like list | _____ | _____ | _____ |
| 277 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |
| 278 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |
| 279 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; like list | _____ | _____ | _____ |
| 280 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |
| 281 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | | follower profile | _____ | _____ | _____ |
| 282 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; like list | _____ | _____ | _____ |
| 283 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |
| 284 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |
| 285 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |
| 286 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; like list | _____ | _____ | _____ |
| 287 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |
| 288 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; like list | _____ | _____ | _____ |
| 289 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |
| 290 | Toure family member or | Screenshot of Jane Doe's | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | Jane Doe | Instagram account; like list | _____ | _____ | _____ |
| 291 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |
| 292 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; like list | _____ | _____ | _____ |
| 293 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; like list | _____ | _____ | _____ |
| 294 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |
| 295 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |
| 296 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; like list | _____ | _____ | _____ |
| 297 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; follower profile | _____ | _____ | _____ |
| 298 | Jane Doe or Anthony Meehan | Screenshot of Facebook post; posted July 22, 2014-Jane Doe in cold weather clothes with friend | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 299 | Jane Doe or Anthony Meehan | Screenshot of Facebook post; posted August 8, 2014-Jane Doe working out with friend | _____ | _____ | _____ |
| 300 | Jane Doe | Screenshot of Jane Doe Twitter account; post from May 12, 2016 | _____ | _____ | _____ |
| 301 | Jane Doe | Screenshot of Jane Doe's Twitter account; posts from March 27 and 28 of 2016 | _____ | _____ | _____ |
| 302 | Jane Doe | Screenshot of Jane Doe's Twitter account; posts from February 14-11 2016 | _____ | _____ | _____ |
| 303 | Toure family member or Jane Doe | Photo of Jane Doe at the lake | _____ | _____ | _____ |
| 304 | Toure family member or Jane Doe | Photo of Jane Doe at the lake | _____ | _____ | _____ |
| 305 | Toure family member or Jane Doe | Photo of Jane Doe at the lake | _____ | _____ | _____ |
| 306 | Toure family member or Jane Doe | Photo of Jane Doe at the lake | _____ | _____ | _____ |
| 307 | Toure family member or Jane Doe | Photo of Jane Doe at Christmas | _____ | _____ | _____ |
| 308 | Toure family member or Jane Doe | Photo of Jane Doe opening presents on Christmas | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 309 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |
| 310 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | _____ | _____ | _____ |
| 311 | Toure family member or Jane Doe | Photo of Jane Doe with Toure family | _____ | _____ | _____ |
| 312 | Toure family member or Jane Doe | Photo of Jane Doe in black and grey blouse | _____ | _____ | _____ |
| 313 | Toure family member or Jane Doe | Photo of Jane Done opening presents on Christmas | _____ | _____ | _____ |
| 314 | Toure family member or Jane Doe | Photo of Jane Doe opening presents on Christmas | _____ | _____ | _____ |
| 315 | Toure family member or Jane Doe | Photo of Jane Doe eating dinner with Toure family | _____ | _____ | _____ |
| 316 | Toure family member or Jane Doe | Photo of Jane Doe on steps of stairs | _____ | _____ | _____ |
| 317 | Toure family member or Jane Doe | Photo of Jane Doe on steps of stairs | _____ | _____ | _____ |
| 318 | Toure family member or Jane Doe | Photo of Jane Doe opening presents at Christmas | _____ | _____ | _____ |
| 319 | Toure family member or Jane Doe | Photo of Jane Doe with markup and braided hair | _____ | _____ | _____ |
| 320 | Toure family member or Jane Doe | Photo of Jane Doe playing mini-golf | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 321 | Toure family member or Jane Doe | Photo of Jane Doe playing mini-golf | _____ | _____ | _____ |
| 322 | Toure familymember or Jane Doe | Photo of Jane Doe playing mini-golf | _____ | _____ | _____ |
| 323 | Toure family member or Jane Doe | Photo of Jane Doe playing mini-golf with a friend | _____ | _____ | _____ |
| 324 | Toure family member or Jane Doe | Photo of Jane Doe playing mini-golf with friends | _____ | _____ | _____ |
| 325 | Toure family member or Jane Doe | Photo of Jane Doe on late boat | _____ | _____ | _____ |
| 326 | Toure family member or Jane Doe | Photo of Jane Doe at the lake | _____ | _____ | _____ |
| 327 | Toure family member or Jane Doe | Photo of Jane Doe at the lake | _____ | _____ | _____ |
| 328 | Toure family member or Jane Doe | Photo of Jane Doe at the lake | _____ | _____ | _____ |
| 329 | Toure family member or Jane Doe | Photo of Jane Doe at the lake | _____ | _____ | _____ |
| 330 | Jane Doe | Jane Doe's iTouch Chat; 06/18/2016-08/14/2016 | _____ | _____ | _____ |
| 331 | Jane Doe | Jane Doe's iTouch Chat; 06/18/2016-08/14/2016 | _____ | _____ | _____ |
| 332 | Jane Doe | Jane Doe's iTouch Chat; 04/07/2016 | _____ | _____ | _____ |
| 333 | Jane Doe | Jane Doe's | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 334 | Jane Doe | iTouch Chat; 03/04/2016 | _____ | _____ | _____ |
| 335 | Jane Doe | Jane Doe's iTouch Chat; 12/05/2015-06/18/2016 | _____ | _____ | _____ |
| 336 | Jane Doe | Jane Doe's iTouch Chat; 11/27/2015-06/24/2016 | _____ | _____ | _____ |
| 337 | Jane Doe | Jane Doe's iTouch Chat; 11/06/2015-12/19/2015 | _____ | _____ | _____ |
| 338 | Jane Doe | Jane Doe's iTouch Chat; 09/18/2015-11/26/2015 | _____ | _____ | _____ |
| 339 | Jane Doe | Jane Doe's iTouch Chat; 07/25/2015 | _____ | _____ | _____ |
| 340 | Jane Doe | Jane Doe's iTouch Chat; 7/18/2015-07/25/2015 | _____ | _____ | _____ |
| 341 | Jane Doe | Jane Doe's iTouch Chat; 07/18/2015 | _____ | _____ | _____ |
| 342 | Jane Doe | Video of the Texas State Fair, taken by Jane Doe | _____ | _____ | _____ |
| 343 | Jane Doe | Photo of Jane Doe in costume | _____ | _____ | _____ |
| 344 | Jane Doe | Photo of a foam party, taken by Jane Doe | _____ | _____ | _____ |
| 345 | Jane Doe | Photo of Jane Doe wearing disco glasses | _____ | _____ | _____ |
| | Jane Doe | Photo of dress, | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | | taken by Jane Doe | _____ | _____ | _____ |
| 346 | Jane Doe | Photo of t-shirt design on Jane Doe's iTouch | _____ | _____ | _____ |
| 347 | Jane Doe | Photo of logo designs on Jane Doe's iTouch | _____ | _____ | _____ |
| 348 | Jane Doe | Photo of Jane Doe with youth group | _____ | _____ | _____ |
| 349 | Jane Doe | Photo of Mohamed Toure cooking | _____ | _____ | _____ |
| 350 | Jane Doe | Video of Jane Doe dancing with youth group | _____ | _____ | _____ |
| 351 | Jane Doe | Photo of Timou Toure cooking | _____ | _____ | _____ |
| 352 | Jane Doe | Photo of Timou Toure cooking | _____ | _____ | _____ |
| 353 | Jane Doe | Photo of Timou Toure cooking | _____ | _____ | _____ |
| 354 | Jane Doe | Photo of Timou Toure cooking | _____ | _____ | _____ |
| 355 | Jane Doe | Photo of Timou Toure cooking | _____ | _____ | _____ |
| 356 | Jane Doe | Photo of Timou Toure cooking | _____ | _____ | _____ |
| 357 | Jane Doe | Photo of Timou Toure cooking | _____ | _____ | _____ |
| 358 | Jane Doe | Photo of Timou Toure cooking | _____ | _____ | _____ |
| 359 | Jane Doe | Photo of Timou Toure cooking | _____ | _____ | _____ |
| 360 | Jane Doe | Photo of Timou Toure cooking | _____ | _____ | _____ |
| 361 | Jane Doe | Photo of Timou Toure cooking | _____ | _____ | _____ |
| 362 | Jane Doe | Photo of Timou | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| 363 | Jane Doe | Toure cooking Photo of Timou Toure cooking | _____ | _____ | _____ |
| 364 | Jane Doe | Photo of Timou Toure cooking | _____ | _____ | _____ |
| 365 | Jane Doe | Photo of Timou Toure cooking | _____ | _____ | _____ |
| 366 | Jane Doe | Photo of Timou Toure cooking | _____ | _____ | _____ |
| 367 | Jane Doe | Photo of Timou Toure with cooked food | _____ | _____ | _____ |
| 368 | Jane Doe | Video of Jane Doe dancing with youth group | _____ | _____ | _____ |
| 369 | Jane Doe | Photo of Jane Doe with youth group | _____ | _____ | _____ |
| 370 | Toure family member or Jane Doe | Photo of Jane Doe with other female | _____ | _____ | _____ |
| 371 | Toure family member or Jane Doe | Photo of Jane Doe eating dinner with the Toure family at a restaurant | _____ | _____ | _____ |
| 372 | Toure family member or Jane Doe | Photo of Jane Doe eating dinner with the Toure family at a restaurant | _____ | _____ | _____ |
| 373 | Toure family member or Jane Doe | Photo of Toure family | _____ | _____ | _____ |
| 374 | Toure family member or Jane Doe | Photo of Toure family vacation | _____ | _____ | _____ |
| 375 | Toure family member or Jane Doe | Photo of Jane Doe on vacation with the Toure | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|
| | | family | _____ | _____ | _____ |
| 376 | Toure family member or Jane Doe | Photo of Jane Doe on vacation with the Toure family | _____ | _____ | _____ |
| 377 | Toure family member or Jane Doe | Photo of Jane Doe on vacation with the Toure family | _____ | _____ | _____ |
| 378 | Toure family member or Jane Doe | Photo of Jane Doe with male | _____ | _____ | _____ |
| 379 | Toure family member or Jane Doe | Photo of Jane Doe eating at a Japanese steakhouse | _____ | _____ | _____ |
| 380 | Toure family member or Jane Doe | Photo of the Toure family at Christmas | _____ | _____ | _____ |
| 381 | Toure family member or Jane Doe | Photo of the Toure family at Christmas | _____ | _____ | _____ |
| 382 | Toure family member or Jane Doe | Photo of Jane Doe eating dinner with the Toure family | _____ | _____ | _____ |
| 383 | Toure family member or Jane Doe | Photo of Jane Doe at Toure home | _____ | _____ | _____ |
| 384 | Toure family member or Jane Doe | Photo of Jane Doe at the zoo | _____ | _____ | _____ |
| 385. | Jane Doe | Selfie photo of Jane Doe | _____ | _____ | _____ |
| 386. | **Jane Doe, Fentriss Family, or Toure Family** | **Video from New Year Party at Fentriss Home in 2009** | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | IDENTIFIED | ADMITTED |
|---|---|---|---|---|---|

Respectfully submitted,

**SCOTT H. PALMER, P.C.**

/s/ Scott H. Palmer
SCOTT H. PALMER
Texas Bar No. 00797196
scott@scottpalmerlaw.com

15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone:   214.987.4100
Facsimile:    214.922.9900

**ATTORNEY FOR DEFENDANT
DENISE CROS-TOURE**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2018, a true and correct copy of the foregoing

was filed via the Court's CM/ECF system, thereby providing service on the Attorneys of

record in this matter.

/s/ Scott H. Palmer
SCOTT H. PALMER