IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                    No. 4:18-CR-230-O

DENISE CROS-TOURE (01)
MOHAMED TOURE (02)

## AGREED ADMITTED EXHIBIT LIST
### GOVERNMENT'S EXHIBITS

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Bridget Ajufo | Photo of D.D. with 2 small children | ✔ | ✔ | ✔ |
| 2. | Bridget Ajufo | Photo of D.D. sitting on the stairs | ✔ | ✔ | ✔ |
| 4. | Christine Ajufo or Leslie Dompka | Map of defendants' neighborhood | ✔ | ✔ | ✔ |
| 5. | Christine Ajufo | Photo of D.D. | ✔ | ✔ | ✔ |
| 7. | Maladho Diallo or D.D. | Photo of D.D. from visa | ✔ | ✔ | ✔ |
| 10. | Maladho Diallo or D.D. | Diallo family photo | ✔ | ✔ | ✔ |
| 11. | Maladho Diallo or D.D. | Diallo family photo | ✔ | ✔ | ✔ |
| 16. | D.D. | Photo of defendants' children, Cros-Toure's sister, and D.D. | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 17. | D.D. | Photo of defendants' children, Cros-Toure's sister, and D.D. | ✔ | ✔ | ✔ |
| 18. | D.D. | Photo of defendants' children, Cros-Toure's sister, and D.D. | ✔ | ✔ | ✔ |
| 19. | D.D. | Photo of Saran Toure with twin beds | ✔ | ✔ | ✔ |
| 20. | D.D. | Photo of Saran Toure's bedroom with queen sized bed | ✔ | ✔ | ✔ |
| 21. | D.D. or Anthony Meehan | Photo of R. Toure's bedroom with purple walls | ✔ | ✔ | ✔ |
| 23. | D.D. or Anthony Meehan | Photo of R. Toure's bedroom | ✔ | ✔ | ✔ |
| 24. | D.D. | Photo of R. Toure's bedroom with partially painted wall | ✔ | ✔ | ✔ |
| 25. | D.D. | Photo of mattresses in defendants' garage | ✔ | ✔ | ✔ |
| 27. | D.D. | Photo of storage bin in defendants' garage | ✔ | ✔ | ✔ |
| 28. | D.D. | Photo of storage bin in defendants' garage | ✔ | ✔ | ✔ |
| 29. | D.D. | Photo of D.D. near a pond with two of defendants' children | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 30. | D.D. | Photo of D.D. near a pond with two of defendants' children | ✔ | ✔ | ✔ |
| 31. | D.D. | Photo of D.D. with short hair | ✔ | ✔ | ✔ |
| 32. | D.D. | Photo of D.D. with short hair | ✔ | ✔ | ✔ |
| 33. | D.D. | D.D. holding R. Toure | ✔ | ✔ | ✔ |
| 34. | D.D. | Photo with R. Toure | ✔ | ✔ | ✔ |
| 35. | D.D. | Photo with son of Djana Cros | ✔ | ✔ | ✔ |
| 36. | D.D. or Anthony Meehan | Photo of Tom Thumb near defendants' house | ✔ | ✔ | ✔ |
| 43. | D.D. or Anthony Meehan | Photo looking at shopping center near defendants' house from Bicentennial Park | ✔ | ✔ | ✔ |
| 45. | D.D. | Photo of counter in defendants' kitchen | ✔ | ✔ | ✔ |
| 46. | D.D. | Photo of table in defendants' kitchen | ✔ | ✔ | ✔ |
| 47. | D.D. or SSA Keith Knowles | Flashcards made by D.D. | ✔ | ✔ | ✔ |
| 52. | D.D. | Photo of birthday party for defendants' children | ✔ | ✔ | ✔ |
| 53. | D.D. | Photo of birthday party for defendants' children | ✔ | ✔ | ✔ |
| 54. | D.D. | Photo of birthday party for defendants' children | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 55. | D.D. | Photo of birthday party for defendants' children | ✔ | ✔ | ✔ |
| 60. | D.D. | Photo of birthday party for defendants' children | ✔ | ✔ | ✔ |
| 61. | D.D. | Photo of birthday party for defendants' children | ✔ | ✔ | ✔ |
| 62. | D.D. | Photo of birthday party for defendants' children | ✔ | ✔ | ✔ |
| 66. | D.D. | Photo of birthday party for defendants' children | ✔ | ✔ | ✔ |
| 68. | D.D. | Photo of D.D. with Defendant Cros-Toure and children at a beach | ✔ | ✔ | ✔ |
| 69. | D.D. | Photo of D.D. at the beach | ✔ | ✔ | ✔ |
| 70. | D.D. | Photo of bookshelves and photographs in defendants' house | ✔ | ✔ | ✔ |
| 71. | D.D. | Photo of dresser in defendants' bedroom | ✔ | ✔ | ✔ |
| 72. | D.D. | Photo of D.D. with baseball hat on | ✔ | ✔ | ✔ |
| 73. | D.D. | Photo of Ahmed Toure with braces | ✔ | ✔ | ✔ |
| 74. | D.D. | Photo of Marcel Toure with braces | ✔ | ✔ | ✔ |
| 75. | D.D. | Photo of Sara Toure with braces | ✔ | ✔ | ✔ |

**Admitted Trial Exhibit List - Page 4**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 76. | D.D. | Photo of Timou Toure with braces | ✔ | ✔ | ✔ |
| 77. | D.D. | Photo of R. Toure with braces | ✔ | ✔ | ✔ |
| 78. | D.D. or Matt Markovich | Photo of D.D. with Swollen cheek | ✔ | ✔ | ✔ |
| 80. | D.D. | Photo of D.D.'s left ear | ✔ | ✔ | ✔ |
| 82. | D.D. | Photo of boombox at defendants' house | ✔ | ✔ | ✔ |
| 83. | D.D. | Photo of D.D.'s right arm | ✔ | ✔ | ✔ |
| 84. | D.D. | Photo of D.D.'s right arm | ✔ | ✔ | ✔ |
| 85. | D.D. | Photo of D.D.'s left arm | ✔ | ✔ | ✔ |
| 86. | D.D. | Photo of D.D.'s left arm | ✔ | ✔ | ✔ |
| 87. | D.D. or Katy Wade or Anthony Meehan | Aerial photo of playground at Bicentennial Park, 2003 | ✔ | ✔ | ✔ |
| 91. | D.D. or Katy Wade or Anthony Meehan | Photo of baseball field at Bicentennial Park | ✔ | ✔ | ✔ |
| 93. | D.D. or Katy Wade | Aerial photo of Bicentennial Park, 2001 | ✔ | ✔ | ✔ |
| 94. | D.D. | Photo of covered bench at Bicentennial Park | ✔ | ✔ | ✔ |
| 95. | D.D. | Photo of covered bench at Bicentennial Park | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 98. | D.D. or Mary Thomson | Instagram post by Mary Thomson with D.D. | ✔ | ✔ | ✔ |
| 99. | D.D. or Anthony Meehan | Photo of fashion shoot with Anthony Meehan | ✔ | ✔ | ✔ |
| 100. | D.D. or Anthony Meehan | Photo of fashion shoot with Anthony Meehan | ✔ | ✔ | ✔ |
| 102. | D.D. or SSA Keith Knowles | D.D.'s torn T-shirt | ✔ | ✔ | ✔ |
| 103. | D.D. or Matthew Markovich | Audio recording of defendants speaking to D.D. | ✔ | ✔ | ✔ |
| 103 – A | D.D. or Matthew Markovich | Audio recording of defendants speaking to D.D. Memo1.m4a | ✔ | ✔ | ✔ |
| 103 – B | D.D. or Matthew Markovich | Audio recording of defendants speaking to D.D. Memo.m4a | ✔ | ✔ | ✔ |
| 104. | D.D. or Matthew Markovich | Audio recording of defendants speaking to D.D. | ✔ | ✔ | ✔ |
| 107. | D.D. or SSA Keith Knowles | Photo D.D. brought with her when she escaped | ✔ | ✔ | ✔ |
| 109. | Hassane Diane | Photo of the defendants' home | ✔ | ✔ | ✔ |
| 113. | Mashid Golbarani or D.D. | Photo of D.D. with members of youth group | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 114. | Mashid Golbarani or D.D. | Photo of D.D. with Members of youth group and tree | ✔ | ✔ | ✔ |
| 116. | SSA Knowles | D.D. NIV Applicant | ✔ | ✔ | ✔ |
| 117. | SSA Knowles | D.D. Passport/Visa | ✔ | ✔ | ✔ |
| 118. | SSA Knowles | Copy of D.D. Passport/ Visa | ✔ | ✔ | ✔ |
| 119. | SSA Knowles | Stamped I-94 Form from D.D. Passport (original) | ✔ | ✔ | ✔ |
| 119A. | SSA Knowles | Stamped I-94 Form from D.D. Passport (copy) | ✔ | ✔ | ✔ |
| 120. | SSA Knowles | TECS-PCQ Database Screenshot | ✔ | ✔ | ✔ |
| 121. | SSA Knowles | Texas DPS Database Screenshot | ✔ | ✔ | ✔ |
| 122. | SSA Knowles | NNSV Database Screenshot | ✔ | ✔ | ✔ |
| 123. | SSA Knowles | NNSV Database Screenshot | ✔ | ✔ | ✔ |
| 124. | SSA Knowles | Comm. Air Border Crossing For D.D. in 2000 | ✔ | ✔ | ✔ |
| 125. | SSA Knowles | Air France No. 36 Passenger List | ✔ | ✔ | ✔ |
| 126. | SSA Knowles | Comm. Air Border Crossing For Boumbouya & Cros | ✔ | ✔ | ✔ |
| 127. | SSA Knowles | Djana Cros NIV Applicant | ✔ | ✔ | ✔ |

**Admitted Trial Exhibit List - Page  7**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 128. | SSA Knowles | Comm. Air Border Crossing For Hadja Toure | ✔ | ✔ | ✔ |
| 129. | SSA Knowles | Passenger List for Delta Flight No. 48 | ✔ | ✔ | ✔ |
| 130. | SSA Knowles | Carroll ISD School Records | ✔ | ✔ | ✔ |
| 131. | SSA Knowles | Flower Mound Medical Medical Records | ✔ | ✔ | ✔ |
| 132. | SSA Knowles | Texas A&M Dental Records | ✔ | ✔ | ✔ |
| 133. | SSA Knowles | Audio Recording of Agents' Mohamed Toure | ✔ | ✔ | ✔ |
| 136. | SSA Knowles | Transcript of Audio Recording, Part 1 | ✔ | ✔ | ✔ |
| 137. | SSA Knowles | Transcript of Audio Recording, Part 2 | ✔ | ✔ | ✔ |
| 142. | Matthew Markovich or D.D. | Video from D.D.'s Kindle (enhanced) IMG_2699-3.MOV | ✔ | ✔ | ✔ |
| 142 – A | Matthew Markovich or D.D. | Video from D.D.'s Kindle IMG_2699-3.MOV | ✔ | ✔ | ✔ |
| 144. | Matthew Markovich or D.D. | Video from D.D.'s Kindle (enhanced) VID_20160813_091856.mp4 | ✔ | ✔ | ✔ |
| 144--A | Matthew Markovich or D.D. | Video from D.D.'s Kindle VID_20160813_091856.mp4 | ✔ | ✔ | ✔ |
| 146A. | Anna Mason | Transcript of audio recording | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 157. | Arnetta Shams | Photo of D.D. | ✔ | ✔ | ✔ |
| 164. | Mary Thomson | Instagram Photo of D.D. | ✔ | ✔ | ✔ |
| 165. | Mary Thomson | Audio of June 23 Voicemail of D.D. | ✔ | ✔ | ✔ |
| 166. | Mary Thomson | Audio of July 11 Voicemail of D.D. | ✔ | ✔ | ✔ |
| 167. | Mary Thomson | Text Message on July 11 | ✔ | ✔ | ✔ |
| 169. | Mary Thomson | Text Message on Aug. 8 | ✔ | ✔ | ✔ |
| 172. | Mary Thomson | Audio of Aug. 15 Voicemail of D.D. | ✔ | ✔ | ✔ |
| 175. | Katy Wade | Photo of her former home, 540 Briarridge Rd. | ✔ | ✔ | ✔ |
| 176. | Katy Wade | Photo of her former home, 540 Briarridge Rd. | ✔ | ✔ | ✔ |
| 179. | Katy Wade | Photo of her former home, 540 Briarridge Rd. | ✔ | ✔ | ✔ |
| 180. | Katy Wade | Photo of her former home, 540 Briarridge Rd. | ✔ | ✔ | ✔ |
| 181. | Katy Wade | Photo of Sara Toure | ✔ | ✔ | ✔ |

## DEFENSE'S EXHIBITS

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 3 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a wedding | ✔ | ✔ | ✔ |
| 5 | Cindy Fentriss or Toure family member | Photo of Jane Doe in red shirt | ✔ | ✔ | ✔ |
| 6 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a wedding | ✔ | ✔ | ✔ |
| 7 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a formal event | ✔ | ✔ | ✔ |
| 8 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a formal event | ✔ | ✔ | ✔ |
| 9 | Cindy Fentriss or Toure family member | Photo of Jane Doe dancing in costume | ✔ | ✔ | ✔ |
| 12 | Cindy Fentriss or Toure family member | Photo of Jane Doe at the park | ✔ | ✔ | ✔ |
| 13 | Cindy Fentriss or Toure family member | Photo of Jane Doe in purple shirt | ✔ | ✔ | ✔ |
| 14 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a wedding | ✔ | ✔ | ✔ |
| 15 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a wedding | ✔ | ✔ | ✔ |
| 16 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a wedding | ✔ | ✔ | ✔ |
| 19 | Cindy Fentriss or Toure family member | Photo of Jane Doe at a wedding | ✔ | ✔ | ✔ |
| 38 | Toure family member or Jane Doe | Photo of Jane Doe playing tennis | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 47 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | ✔ | ✔ | ✔ |
| 50 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | ✔ | ✔ | ✔ |
| 54 | Toure family member or Jane Doe | Photo of Jane Doe on Toure family vacation | ✔ | ✔ | ✔ |
| 73 | Toure family member or Jane Doe | Photo of Jane Doe at holiday dinner | ✔ | ✔ | ✔ |
| 77 | Toure family member or Jane Doe | Photo of Jane Doe at track event | ✔ | ✔ | ✔ |
| 79 | Toure family member or Jane Doe | Photo of Jane Doe in pink shirt | ✔ | ✔ | ✔ |
| 84 | Toure family member or Jane Doe | Photo of Toure family doing yard work | ✔ | ✔ | ✔ |
| 85 | Toure family member or Jane Doe | Photo of Toure family doing yard work | ✔ | ✔ | ✔ |
| 90 | Toure family member or Jane Doe | Photo of Jane Doe at the fair | ✔ | ✔ | ✔ |
| 91 | Toure family member or Jane Doe | Photo of Jane Doe in white dress | ✔ | ✔ | ✔ |
| 94 | Toure family member or Jane Doe | Photo pf Jane Doe opening Christmas present | ✔ | ✔ | ✔ |
| 98 | Toure family member or Jane Doe | Photo of Jane Doe at restaurant | ✔ | ✔ | ✔ |
| 103 | Toure family member or Jane Doe | Photo of Jane Doe playing mini-golf | ✔ | ✔ | ✔ |
| 106 | Toure family member or Jane Doe | Photo of Jane Doe playing mini-golf | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 107 | Toure family member or Jane Doe | Photo of Jane Doe at the lake | ✔ | ✔ | ✔ |
| 112 | Toure family member or Jane Doe | Photo of Jane Doe at Christmas | ✔ | ✔ | ✔ |
| 116 | Toure family member or Jane Doe | Photo of Jane Doe in black blouse | ✔ | ✔ | ✔ |
| 121 | Toure family member or Jane Doe | Photo of Jane Doe with Toure family | ✔ | ✔ | ✔ |
| 131 | Toure family member or Jane Doe | Photo of Jane Doe at color run | ✔ | ✔ | ✔ |
| 133 | Toure family member or Jane Doe | Photo of Jane Doe at signing event | ✔ | ✔ | ✔ |
| 135 | Toure family member or Jane Doe | Photo of Jane Doe with female | ✔ | ✔ | ✔ |
| 136 | Toure family member or Jane Doe | Photo of Jane Doe with female | ✔ | ✔ | ✔ |
| 139 | Toure family member or Jane Doe | Photo of Jane Doe at graduation event | ✔ | ✔ | ✔ |
| 141 | Toure family member or Jane Doe | Photo of Jane Doe at track meet | ✔ | ✔ | ✔ |
| 143 | Toure family member or Jane Doe | Photo of Jane Doe at track meet | ✔ | ✔ | ✔ |
| 148 | Toure family member or Jane Doe | Photo of Jane Doe with other females | ✔ | ✔ | ✔ |
| 160 | Toure family member or Jane Doe | Video of Jane Doe in argument with male and female | ✔ | ✔ | ✔ |
| 162 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; home page | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 163 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from July 21, 2016 | ✔ | ✔ | ✔ |
| 164 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from June 20, 2016 | ✔ | ✔ | ✔ |
| 165 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from June 5, 2016 | ✔ | ✔ | ✔ |
| 169 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from August 5, 2015 | ✔ | ✔ | ✔ |
| 185 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from February 2, 2015 | ✔ | ✔ | ✔ |
| 195 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | ✔ | ✔ | ✔ |
| 196 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from November 24, 2014 | ✔ | ✔ | ✔ |
| 201 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from August 2, 2014 | ✔ | ✔ | ✔ |
| 203 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from July 30, 2014 | ✔ | ✔ | ✔ |
| 204 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | ✔ | ✔ | ✔ |
| 205 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from July 19, 2014 | ✔ | ✔ | ✔ |
| 212 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from June 18, 2014 | ✔ | ✔ | ✔ |
| 225 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from May 10, 2014 | ✔ | ✔ | ✔ |
| 235 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram; comments | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 236 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from February 1, 2014 | ✔ | ✔ | ✔ |
| 264 | Toure family member or Jane Doe | Screenshot of Jane Doe's Instagram account; post from July 14, 2015 | ✔ | ✔ | ✔ |
| 269 | Member of the Toure family or Jane Doe | Jane Doe at a graduation party | ✔ | ✔ | ✔ |
| 281 | Jane Doe | Screenshot of Jane Doe's Facebook friend page | ✔ | ✔ | ✔ |
| 283 | Jane Doe | Screenshot of Jane Doe's Facebook friend page | ✔ | ✔ | ✔ |
| 284 | Jane Doe | Screenshot of Jane Doe's Facebook friend page | ✔ | ✔ | ✔ |
| 298 | Jane Doe or Anthony Meehan | Screenshot of Facebook post; posted July 22, 2014-Jane Doe in cold weather clothes with friend | ✔ | ✔ | ✔ |
| 299 | Jane Doe or Anthony Meehan | Screenshot of Facebook post; posted August 8, 2014-Jane Doe working out with friend | ✔ | ✔ | ✔ |
| 300 | Jane Doe | Screenshot of Jane Doe Twitter account; post from May 12, 2016 | ✔ | ✔ | ✔ |
| 302 | Jane Doe | Screenshot of Jane Doe's Twitter account; posts from February 14-11 2016 | ✔ | ✔ | ✔ |
| 307 | Toure family member or Jane Doe | Photo of Jane Doe at Christmas | ✔ | ✔ | ✔ |
| 311 | Toure family member or Jane Doe | Photo of Jane Doe with Toure family | ✔ | ✔ | ✔ |
| 312 | Toure family member or Jane Doe | Photo of Jane Doe in black and grey blouse | ✔ | ✔ | ✔ |
| 315 | Toure family member or Jane Doe | Photo of Jane Doe eating dinner with Toure family | ✔ | ✔ | ✔ |
| 368 | Jane Doe | Video of Jane Doe dancing with youth group | ✔ | ✔ | ✔ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 372 | Toure family member or Jane Doe | Photo of Jane Doe eating dinner with the Toure family at a restaurant | ✔ | ✔ | ✔ |
| 386 | Jane Doe, Fentriss family member, or Toure Family | Video from New Year's Eve Party at Fentriss Home in 2009 | ✔ | ✔ | ✔ |
| 393 | Jane Doe or a member of the Toure family | Jane Doe at track meet | ✔ | ✔ | ✔ |

Respectfully submitted,

/s/ Scott H. Palmer
SCOTT H. PALMER
Attorney for Defendant Cros-Toure
State Bar Number 00797196
15455 Dallas Parkway
Suite 540 LB 32
Addison, TX 75001
Telephone: 214-987-4100
Facsimile: 214-922-9900
Email: scott@scottpalmerlaw.com

/s/ Rebekah J. Bailey
REBEKAH J. BAILEY
Trial Attorney
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
Texas State Bar No. 24079833
Email: Rebekah.Bailey@usdoj.gov

/s/ David M Finn
DAVID M. FINN
Attorney for Defendants
Cros-Toure and Toure
State Bar Number 07026900
2828 North Harwood, Suite 1950
Dallas, TX 75201
Telephone: 214-651-1121
Facsimile: 214-953-1366
Email: kathy@mfplaw.com

/s/ Brady T. Wyatt III
BRADY T. WYATT III
Attorney for Defendant Toure
State Bar Number 24008313
3300 Oak Lawn, Suite 600
Dallas, TX 75219
Telephone: 214-559-9115
Facsimile: 214-528-6601
Email: attywyatt@hotmail.com